UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAGDALENA DIMITROVA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, dba, LUFTHANSA GERMAN AIRLINES; DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC., dba, LUFTHANSA GERMAN AIRLINES; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | NO. 2:25-cv-00956<br><br>STIPULATIONS AND ORDER OF DISMISSAL OF PARTY |

## I. STIPULATIONS

**COME NOW** the parties and stipulate to the statements set forth below and stipulate that Deutsche Lufthansa Aktiengesellschaft (Lufthansa AG) may and shall be dismissed. Deutsche Lufthansa Aktiengesellschaft, Inc. (Lufthansa, Inc.) and Does 1-50 remain parties to this action.

1.　Lufthansa, Inc. is the proper carrier party to the action and Lufthansa AG should be dismissed as a party.

2.　As set forth in their answer to Magdalena Dimitrova's complaint in this action, Lufthansa, Inc. and Does 1-50 deny any and all fault and/or liability and deny that Dimitrova is entitled to recover damages. All liability and damages issues remain contested between all the remaining parties.

3.      Lufthansa, Inc. and Does 1-50 will not attempt to assign fault, blame, or liability to Lufthansa AG and will not otherwise allege any defenses based on Lufthansa AG's absence from this action.

**DATED** this 1st day of July, 2025.

| FURY DUARTE, PS | KODE LAW FIRM |
|---|---|
| /s/ *Scott David Smith* | /s/ *Preet B. Kode* |
| SCOTT DAVID SMITH, WSBA 48108 | PREET B. KODE, WSBA 45424 |
| FRANCISCO A. DUARTE, WSBA 24056 | Kode Law Firm |
| Fury Duarte PS | 10900 NE 4th Street – Suite 2300 |
| 1606 148th Avenue SE – Suite 200 | Bellevue, Washington 98004 |
| Bellevue, Washington 98007 | 206.531.2753 |
| 425.643.1606 | preet@kodelawfirm.com |
| scott@furyduarte.com | *Attorney for Plaintiff* |
| fad@furyduarte.com | |
| *Attorneys for Plaintiff* | |

CONDON & FORSYTH LLP

/s/ *Mirin Park*
MIRIN PARK, WSBA 57983
Condon & Forsyth LLP
600 Stewart Street – Suites 300 & 400
Seattle, Washington 98101
206.338.4240
mpark@condonlaw.com
*Attorney for Defendants*

## II. ORDER

Based upon the foregoing stipulation, plaintiff Magdalena Dimitrova's claims against defendant Deutsche Lufthansa Aktiengesellschaft are dismissed with prejudice and without costs. Deutsche Lufthansa Aktiengesellschaft, Inc. and Does 1-50 remain parties to this action.

**DATED** this 2nd day of July, 2025.

JOHN CHUN
*United States District Judge*