UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAGDALENA DIMITROVA,<br><br>      Plaintiff,<br><br>    v.<br><br>DEUTSCHE LUFTHANSA<br>AKTIENGESELLSCHAFT, INC., dba,<br>LUFTHANSA GERMAN AIRLINES, et al.,<br><br>      Defendants. | CASE NO. 2:25-cv-00956-JHC<br><br>ORDER |

Before the Court is the Parties' Stipulated Motion to Extend Case Schedule and Discovery Cutoff Deadlines.  Dkt. # 22.  Because the motion seeks a significant extension of the dispositive motion/expert witness challenge motion deadline, while not seeking a similar continuance of the trial date, the Court DENIES the motion without prejudice.  For the parties' information, the Court currently has January 19, 2027, and January 25, 2027, available for an additional civil trial.

//

//

//

//

ORDER - 1

Dated this 11th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2