UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAGDALENA DIMITROVA,

Plaintiff,

v.

DEUTSCHE LUFTHANSA
AKTIENGESELLSCHAFT, INC., dba,
LUFTHANSA GERMAN AIRLINES, et al.,

Defendants.

CASE NO. 2:25-cv-00956-JHC

ORDER

Before the Court is the Parties' Stipulated Motion to Extend Case Schedule Deadlines and Continue Trial Date.  Dkt. # 24.

The Court GRANTS the motion and CONTINUES trial to **January 25, 2027**.  The Clerk is DIRECTED to issue a case scheduling order that reflects the Court's standard pretrial schedule.

The March 18, 2026 deadline the Court set in its order regarding Defendants' response to Plaintiff's Interrogatory No. 8, Dkt. # 21, is extended to March 25, 2026.

//

//

//

ORDER - 1

Dated this 11th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 2