UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAGDALENA DIMITROVA,<br><br>Plaintiff,<br><br>v.<br><br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, INC., dba, LUFTHANSA GERMAN AIRLINES, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-00956-JHC<br><br>ORDER |

Before the Court is the Parties' Stipulated Motion to Extend Certain Case Management Deadlines. Dkt. # 31. The parties propose to significantly reduce the time period between the deadline for dispositive motions and motions challenging expert witness testimony and trial. The Court does not find this acceptable.[1] For such an extension, the parties will need to seek a trial continuance. Accordingly, the Court DENIES the motion.

//

//

//

[1] Counsel also violated LCR 7(b)(1) by failing to file a proposed order and failing to email a Word version of a proposed order.

Dated this 26th day of August, 2026.

John H. Chun
United States District Judge