UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAGDALENA DIMITROVA,<br>Plaintiff,<br>vs.<br>DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT, d/b/a, LUFTHANSA GERMAN AIRLINES; et al.<br>Defendants. | Case No. 2:25-cv-956-JHC<br>**ORDER RE: PARTIES' STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES AND CONTINUE TRIAL DATE** |

Before the Court is the Parties' Stipulated Motion to Extend Case Management Deadlines and Continue Trial Date. Dkt. # 33. Given the current trial calendar, the Court CONTINUES trial in this matter to **April 5, 2027**. The Court DIRECTS the Clerk to issue a standard scheduling order that includes pretrial deadlines beginning with the date for completion of discovery.

Dated this 31st day of August, 2026.

John H. Chun
JOHN H. CHUN
United States District Judge